```
 1
 2
 3
 4
 5
 6
 7              UNITED STATES DISTRICT COURT
 8              CENTRAL DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,  )   Case No.: 01-CR-358-CAS
                               )             01-CR-359-CAS
11           Plaintiff,        )
                               )
12       vs.                   )   ORDER OF DETENTION AFTER HEARING
                               )   [Fed.R.Crim.P. 32.1(a)(6);
13  Albert Edward Talton,      )    18 U.S.C. 3143(a)]
                               )
14                             )
             Defendant.        )
15  _____)
16
17
```

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist. Of Calif** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **lack of bail resources, use of aliases, current allegations.**

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _current allegations & criminal history_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/28/08

_Suzanne H. Segal_
Suzanne H. Segal
U.S. Magistrate Judge